**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DANIEL RUDDELL, on his own behalf and
on behalf of those similarly situated,

      Plaintiff,

v.                                                            Case No.  3:14-cv-873-J-34MCR

FLAGLER COUNTY SHERIFF'S OFFICE,
et al.,

      Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Amended Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Doc. 34; Joint Motion), filed on March 11, 2015.  Upon review, the Court determines that the Joint Motion is due to be denied as premature.  The Court will schedule a hearing on this matter to discuss the appropriate procedure in which to seek certification and approval of a class-wide settlement.[1] In advance of the hearing, the parties are directed to review the decisions in Teahl v. Lazy Flamingo, Inc., No. 2:13-cv-833-FtM-38CM, 2015 WL 179367, at *6-7 (M.D. Fla. Jan. 14, 2015), and Hosier v. Mattress Firm, Inc., 3:10-cv-294-J-32JRK, ECF No. 55 (M.D. Fla. Dec. 29, 2011), as well as the procedures this Court implemented in Colson v. Cableview Commc'ns of

---

[1] Because the Court anticipates that the parties will continue to pursue the implementation of their class-wide settlement following the hearing, the Court's denial of the Joint Motion does not relieve counsel of their obligation to comply with the Magistrate Judge's March 26, 2015 Order (Doc. 35).

...

Jacksonville, Inc., 3:09-cv-850-J-34JRK, ECF No. 128 (M.D. Fla. July 28, 2011). In accordance with the foregoing, it is

**ORDERED**:

1. The Amended Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Doc. 34) is **DENIED**.

2. This matter is set for a hearing on **TUESDAY, MAY 26, 2015,** at **2:00 P.M.**, before the Honorable Marcia Morales Howard, United States District Judge, at the United States Courthouse, 300 North Hogan Street, Courtroom No. 10B, Tenth Floor, Jacksonville, Florida.[2]

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of April, 2015.

**MARCIA MORALES HOWARD**
United States District Judge

lc11
Copies to:

Counsel of Record

---

[2] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of a Florida Bar card (presentation of the Duval County Courthouse lawyer identification card will suffice) or Order of special admission pro hac vice. However, all cell phones must be turned off while in the courtroom.